AMY MUSGRAVE, Respondent, *v.* RUSSELL WILLIAMS et al., Defendants, and HENRY J. WILLIAMS, Appellant.

(Argued October 23, 1933; decided November 21, 1933.)

*Irving I. Goldsmith, Monroe Collenburg* and *Adolph F. Bruenner* for appellant.

*Alton W. Teale* and *Morton Lexow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.